years; 10 years; 20 years; All Consecutive with 20 years suspended imposed on February 18, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to Count I, Sexual Intercourse without Consent, 20 years; Count II, Sexual Assault, 10 years; Count III, Sexual Assault, 20 years; all sentences shall be served consecutively, with Counts II and III suspended, and the Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence. The Defendant shall be designated NON-DANGEROUS.

The amended sentence makes it more consistent with the recommendation of the Parole Officer, and puts it more in line with other crimes of a similar nature for a first time offender.

We wish to thank Greg Jackson, Attorney from Helena, for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the First Judicial District, County of Lewis and Clark, STATE OF MONTANA, Plaintiff vs. PHILLIP LYNN TERRY, Defendant.

## DECISION

No. 5183

The application of the above-named defendant for a review of the sentence of 40 years with 20 years suspended upon conditions; DANGEROUS; imposed on May 14, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The reasons for the sentence were well listed by the Sentencing Judge and all indications show that complete consideration of all elements was fully considered by the trial court.

We wish to thank Mayo Ashley, Attorney from Helena, for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson